796 F.2d 339
 UNITED STATES of America, Plaintiff-Appellee,
v.
David SILVERMAN, Defendant-Appellant.
 No. 83-1314.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Sept. 12, 1984.
Decided Aug. 8, 1986.
 
 Brian L. Sullivan, Asst. U.S. Atty., Reno, Nev., for plaintiff-appellee.
 Bruce M. Kaufman, Sherman Oaks, Cal., for defendant-appellant.
 Appeal from the United States District Court for the District of Nevada.
 Before WALLACE, ALARCON and NELSON, Circuit Judges.
 
 
 1
 The petition for a rehearing is granted. The opinion filed September 16, 1985, 771 F.2d 1193 (9th Cir.), is withdrawn.
 
 
 2
 WALLACE, J., would deny the petition for a rehearing.